THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00069-MR

| | |
|---|---|
| **BUBBLE GIRL, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DECIBELS PER MINUTE, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the motions filed by the Defendants Rhino Entertainment Company, WEA, Inc., and Warner Records Inc. d/b/a Reprise Records for the admission of attorneys Cynthia S. Arato and Bronwyn Roantree as counsel *pro hac vice*. [Docs. 16, 17]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Defendants' motions [Docs. 16, 17] are **ALLOWED**, and Cynthia S. Arato and Bronwyn Roantree are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

Signed: June 10, 2024

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge